B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | VOLUNTARY PETITION |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Swanke Hayden Connell Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 100 Broadway New York, New York                ZIP CODE 10005 | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☑ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☑ Other | ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br> ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests: <br><br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Swanke Hayden Connell Ltd. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
     Signature of Attorney for Debtor(s)      (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Swanke Hayden Connell Ltd. |

Page 3

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _Leo Fox_<br>   Signature of Attorney for Debtor(s)<br>   Leo Fox<br>Printed Name of Attorney for Debtor(s)<br>Leo Fox, Esq.<br>Firm Name<br>   Leo Fox<br>630 Third Avenue, 18th Floor<br>New York, New York 10017<br>Address<br>212-867-9595<br>Telephone Number<br>1/6/15<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>Richard Seth Hayden<br>Printed Name of Authorized Individual   PRESIDENT<br>Title of Authorized Individual<br>1/6/15<br>Date | _____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## CORPORATE RESOLUTION

The undersigned is the principal officer of Swanke Hayden Connell Ltd (the "Company") and is authorized to make this certification.   The undersigned certifies that on the date noted below, a Special Meeting of the Board of Directors was regularly and duly held at 100 Broadway, New York, New York 10005.

At said Meeting, a resolution was passed, as follows:

> "**RESOLVED**, that the undersigned be and he hereby is individually authorized and directed to file on behalf of the Company an application under Chapter 11 of the Bankruptcy Code and to take all steps necessary and proper for the filing of said application, including the retention of Leo Fox, Esq. located at 630 Third Avenue, 18th Floor, New York, NY 10017, as attorneys for that purpose."

Dated:   New York, New York
         1/6          , 2015


                                    Richard Seth Hayden   President +
                                    Principal Officer

C:\Leo\@Strasser\Corporate Resolution\12-31-14

Leo Fox, Esq.
630 Third Avenue
18th Floor
New York, New York 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE:

SWANKE HAYDEN CONNELL LTD.

                                     Debtor.

-------------------------------------------------------x

Chapter 11 Reorganization
Case No.

**AFFIDAVIT PURSUANT**
**TO LOCAL RULE 1007-2**

STATE OF NEW YORK    )
                             : SS
COUNTY OF NEW YORK  )

        RICHARD SETH HAYDEN, being duly sworn, deposes and says:

        1.  I am a the president, principal and 67.63 percent equity owner of the above Debtor. The Debtor is privately held.  I am the equity owner most involved in the day-to-day affairs and long range planning of the above Debtor.   Senior management consists of myself, George G. Alexander and Julian Seward.  This affidavit is submitted by the Debtor-in-Possession, pursuant to Local Rule 1007-2 of the Local Rules of this Court, in connection with the filing of a Chapter11 case by the above Debtor.

        2.  This case was originally commenced by a filing under Chapter 11 of the Bankruptcy Code.  No Trustee has been appointed.  No pre-petition committee of creditors was organized.

        3.  The Debtor is not a small business debtor within the meaning of the Bankruptcy Code.  The Debtor is a Delaware corporation.

        4.  The Debtor is an architectural and interior design firm and with offices at 100 Broadway, New York, New York 10005 (under a lease expiring on September 30, 2016 at a present rental of $46,967.08 per month), and Washington D.C. (under a lease expiring on

December 31, 2015 at a present rental of $5,594.80 per month). The Debtor's business has been in existence since 1989 and is a successor firm to the original partnership founded in 1906.

5.   The Debtor has a wholly owned subsidiary entitled Design 360, Inc., which is also filing a petition under Chapter 11, in this Court, simultaneously with to the Chapter 11 filing herein. Design 360, Inc. was incorporated in New York State on March 12, 1999. It provides graphic design services to primarily commercial educational institutions and not-for-profit organizations. The services include building, signage, way finding and branding services. Design 360, Inc. occupies premises at the Debtor's offices and shares administrative and overhead costs. It has two employees and utilizes outside contractors. It has supported graphic design needs of the Debtor. It has no debt and limited assets approximately in the amount of $150,000 (approximate) consisting of accounts receivable which are generally upstreamed to the Debtor herein. An application will be made for procedural consolidation.

6.   The Debtor has an affiliate named Swanke Hayden Connell & Partners LLP, a New York partnership (the "Partnership") which is a licensed architect in New York State and several other jurisdictions. The Partnership engages the Debtor to render all the architectural services required by the Partnership. The Partnership has no assets or liabilities.

7.   The Debtor has suffered certain reverses as follows. In 2014, the Debtor lost two of its principals, one in charge of its health care sector and the other in charge of its public/municipal sectors. These two sectors represented approximately 50% of its gross business. The Debtor has also been involved to a great extent in projects in Russia which constituted its highest fee generating source over the past 18 months.

2

8. More recently, the Debtor has been involved in seeking to resolve issues with respect to its Russian client representing its single largest project at the present time. This client has alleged that it has suffered damages as a result of the Debtor's alleged delays and omissions and has refused to make payments due on the project in the amount of $2,296,505 dollars. The Debtor has engaged counsel in Moscow to seek resolution of this matter through mediation. The Debtor believes that it has properly performed and will be vindicated and is therefore entitled to payment with respect to this receivable. There are also unresolved political and economic issues which may play a role in the outcome.

9. The Debtor has no bank debt. The Debtor's creditors are primarily unsecured creditors who render services on the various jobs that the Debtor undertakes for customers. However, due to the economic slowdowns, the reductions in new work orders and the uncertainty of the Russian receivable identified above, the Debtor has found itself being unable to pay its unsecured creditors in a timely manner and may be subjected to litigation from its creditors for failing to pay these creditors.

10. The Debtor attaches a list of the 20 largest unsecured creditors and contact information. (Exhibit A).

11. The Debtor has the following secured creditors. The Debtor has given a Letter of Credit issued by Chase Bank to secure Buro Happold Consulting Engineers PC with offices at 100 Broadway, New York, New York 10005 its sub-landlord at 100 Broadway in New York City. The Debtor has posted $275,000.00 of its funds with Chase Bank to back up the Letter of Credit.

3

12. The Debtor's balance sheet is attached as Exhibit B. The Debtor's major assets other than the Russian accounts receivable are the accounts receivable in the aggregate amount of approximately $1,700,000 representing services for customers located in the United States.

13. Gross payroll as of the most recent payroll period of Friday, January 2, 2015 for the 32 employees of the Debtor who are paid bi-weekly is $105,000 (excluding officers and directors), or approximately $52,500 on a weekly basis.

14. The Debtor has three (3) officers and directors who were to be paid a gross salary of $9,615.39, collectively on a weekly basis but received less during 2014. The three (3) officers and directors are:

|  | 2013 Gross Salary Entitlement | 2014 Gross Salary Entitlement |
|---|---|---|
| Richard S. Hayden<br>296 Florida Hill Road<br>Ridgefield, Connecticut 06877 | $3,076.93 | $2,500.00<br>(actually received $0 for 2014) |
| George G. Alexander<br>2701 Park Center Drive<br>Apt. B305<br>Alexandria, Virginia 22302 | $2,692.31 | $2,250.00<br>(actually received $5,200 for entire year of 2014) |
| Julian Seward<br>2 2nd Street<br>#2105<br>Jersey city, New Jersey 07302 | $3,836.16 | $2,700.00 |

15. The Debtor is owned by five (5) shareholders as follows (See Exhibit C).

16. No property is within the possession of any party other than the Debtor.

17. The Debtor's books and records are maintained by the Debtor.

18. The Debtor's principal's management and their history is identified above.

19. The Debtor's expected monthly income and disbursements is attached is attached hereto as Exhibit D.

4

20. The Debtor believes it will be able to propose a plan which will provide for the

collection and distribution of its assets to creditors and may, in addition, provide for a

continuation of the Debtor's business in some manner.

Richard Seth Hayden

Sworn to before me this
6th day of January 2015

Notary Public

CAROL A. GIFFEN
Notary Public, State of New York
No. 01GI6022003
Qualified in New York County
Commission Expires March 22, 2015

5

# EXHIBIT A

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re  Swanke Hayden Connell Ltd.
　　　　　　　　　　Debtor

Case No. _____

Chapter ___11___

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| | | See attached Rider | | |

Date:　1/6/15

　　　　　　　　　　Swanke Hayden Connell Ltd.

By _____
　　Richard Seth Hayden

*[Declaration as in Form 2]*

Swanke Hayden Connell Ltd.
Twenty Largest Unsecured Creditors

| Name | Contact Name | Nature of Claim | Contingent Unliquidated/Disputed or Subject to Setoff | Amount |
|---|---|---|---|---|
| M-E Engineers<br>29 West 38th Street<br>New York, N.Y. 10018 | Ed Bosco<br>(212) 447-6770 | Trade Debt | Undisputed | $ 631,721.63 |
| United Reprographic Services<br>48 West 38th Street<br>New York, N.Y. 10018 | Vincent Carbonell<br>(212) 645-6918 | Trade Debt | Undisputed | $ 499,300.26 |
| Hankins & Anderson<br>4880 Sadler Road, Suite 300<br>Allen, VA 23060-6164 | Mark Nanavati<br>(804)893-3866 | Trade Debt | Undisputed | $ 294,326.80 |
| Lizardos Engineering<br>200 Old Country Road<br>Mineola, N.Y. 11501-4293 | Carol Fusco<br>(516) 484-1020 | Trade Debt | Undisputed | $ 267,947.07 |
| Selnick/Harwood, PC<br>469 Seventh Avenue<br>New York, N.Y. 10018 | Al Selnick<br>(212) 685-0212 | Trade Debt | Undisputed | $ 124,000.00 |
| Vidaris, Inc.<br>360 Park Avenue South<br>New York, N.Y. 10010 | Carl Graham<br>(212) 689-5389 | Trade Debt | Undisputed | $ 123,505.29 |
| Lilker Associates<br>1001 Avenue of the Americas<br>New York, N.Y. 10018 | Peter Friebe<br>(212) 695-1000 | Trade Debt | Undisputed | $ 121,404.30 |
| New Puck LP<br>c/o Kushner Companies<br>Attn: Laurence Rabinowitz<br>666 Fifth Avenue<br>New York, N.Y. 10103 | Ira Bloom<br>(212) 527-7000 | Rent | Undisputed | $ 116,097.00 |

| Creditor | Contact | Nature of Claim | Status | Amount |
|---|---|---|---|---|
| Bladykas Engineering, P.C.<br>50 Jackson Avenue<br>Syosset, N.Y. 11791 | Michael Bladykas<br>(516) 364-8700 | Trade Debt | Undisputed | $ 112,175.86 |
| Buro Happold Consulting Engineers<br>100 Broadway<br>New York, N.Y. 10005 | Chris Toto<br>(212) 334-2025 | Rent | Subject to Setoff<br>Secured | $ 103,928.66 |
| Dolce Vita Footwear, Inc.<br>111 South Jackson Street<br>Seattle, WA 98104 | Andrew Brackbill<br>(206) 257-6052 | Refund SubTenant Security Deposit | Undisputed | $ 97,500.00 |
| Hillman DiBernardo, Inc.<br>10 East 38th Street<br>New York, N.Y. 10016 | Robert Leiter<br>(212) 529-7800 | Trade Debt | Undisputed | $ 97,018.99 |
| Lakhani & Jordan Engineers , P.C.<br>50 East 42nd Street<br>New York, N.Y. 10017 | Harshad Lakhani<br>(212) 338-9020 | Trade Debt | Undisputed | $ 95,664.86 |
| Cosentini Associates<br>Two Pennsylvania Plaza<br>New York, N.Y. 10121 | Doug Maas<br>(212) 615-3600 | Trade Debt | Undisputed | $ 88,749.73 |
| Environmental Planning & Mgmt<br>1983 Marcus Avenue<br>Lake Success, N.Y. 11042 | Aphrodite Socrates<br>(516) 328-1194 | Trade Debt | Undisputed | $ 80,717.75 |
| Iron Mountain Records Management<br>1101 Enterprise Drive<br>Royersford, PA 19426 | Michael MacLean<br>(866)207-5229 | Trade Debt | Undisputed | $ 73,276.44 |
| Kling Stubbins<br>2301 Chestnut Street<br>Philadelphia, PA 19103 | Russ Eperson<br>(817) 735-7130 | Trade Debt | Undisputed | $ 65,981.50 |
| G.C. Eng & Associates<br>141 West 28th Street<br>New York, N.Y. 10001 | John Negri<br>(212) 695-5313 | Trade Debt | Undisputed | $ 62,380.48 |

| | | | |
|---|---|---|---|
| Marino Gerazounis & Jaffe Associates<br>116 West 32nd Street<br>New York, N.Y. 10001 | Michael Marino<br>(212) 643-9055 | Trade Debt | Undisputed | $ 58,797.42 |
| Cerami & Associates, Inc.<br>404 Fifth Avenue<br>New York, N.Y. 10018 | Victoria Cerami<br>(212) 370-1776 | Trade Debt | Undisputed | $ 58,242.51 |
| **Total** | | | | $ **3,172,736.55** |

# EXHIBIT B

# Swanke Hayden Connell LTD
## December 31,2014
## Balance Sheet (Preliminary/Unaudited)

**Swanke**

| | $ |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Cash | 312,677 |
| Accounts Receivable, net of allowance for doubtful accounts | 3,987,152 |
| Cost and estimated earnings in excess of   billings on uncompleted contracts | 450,000 |
| Prepaid expenses and other current assets | 745,084 |
| Due from/to parent company | -584,015 |
| Deferred Taxes - Current | 1,269,101 |
| **Total Current Assets** | 6,179,999 |
| | |
| Property and Equipment, at cost, net of accumulated | |
| depreciation and amortization | 230,244 |
| Other Assets | 17,167 |
| Deferred income taxes | 90,950 |
| | |
| **Total  Assets** | **6,518,360** |
| | |
| | |
| **LIABILITIES AND STOCKHOLDERS'  EQUITY** | |
| **Current Liabilities** | |
| Accounts payable | 4,701,011 |
| Current portion of long-term debt | 0 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 975,000 |
| Other accrued expenses and liabilities | 678,561 |
| Accrued vacation payable | 95,400 |
| Income taxes payable | 81,802 |
| Deferred income taxes | 0 |
| VAT Taxes payable | 415,101 |
| **Total Current Liabilities** | 6,946,875 |
| | |
| Long-term debt -  other | 12,111 |
| Loan Payable-Shareholder | 69,632 |
| Capitalized Lease Obligations | 0 |
| Deferred  lease liability | -31,735 |
| | |
| **Total  Liabilities** | 6,996,883 |
| | |
| Preferred stock | 1,163,070 |
| Common stock | 785,380 |
| Paid-in-capital | 1,051,445 |
| Retained earnings | -3,745,800 |
| Less, Common stock in treasury, at cost | -65,054 |
| Current YTD Earnings Profit / (Loss) | 332,436 |
| Shareholders' Equity | -478,523 |
| **Total Liabilities and Shareholders' Equity** | **6,518,360** |

Balance_sheet_SHCL_December_31,_2014_Unaudited__

# EXHIBIT C

| Swanke Hayden Connell Ltd. Stockholders | Shares as of November 30, 2014 | Ownership % |
|---|---|---|
| Richard S. Hayden | 3649.25 | 67.63% |
| George Alexander | 1198.00 | 22.20% |
| Joe Aliotta | 0.00 | 0.00% |
| Allan Gursel | 137.00 | 2.54% |
| Robert Fry | 137.00 | 2.54% |
| Julian Seward | 0.00 | 0.00% |
| Jim Case' | 275.00 | 5.10% |
| David Hughes | | |
| **Total** | **5396** | **100.00%** |

(A) Currently Residing in New York under H-1-B Visa

Addresses:

Richard S. Hayden
296 Florida Hill Road
Ridgefield, CT 06877

George G. Alexander
2701 Park Center Drive, Apt. B305
Alexandria, VA 22302

Julian Seward
2  2nd Street, #2105, Jersey City, NJ 07302
Jersy City, NJ 07302

David Hughes
96 Harberton Road
London N19 3JP
United Kingdom

Robert S. Fry
21 Kentish Gardens
Broadwater Down
Turnbridge Wells
Kent TN2 5XU
United Kingdom

C

# EXHIBIT D

**Swanke Hayden Connell Ltd.**
**Projected Budget**
**January & February 2015**

|  | January | | February | | Total |
|---|---|---|---|---|---|
| Projected Collections | $ | 450,000 | $ | 400,000 | $ 850,000 |

Disbursements:

| | January | | | February | Total |
|---|---|---|---|---|---|
| Salaries | $ | 85,000 | A | $ | 50,000 |
| Payroll Taxes | $ | 8,500 | | $ | 5,000 |
| Medical Insurance | $ | 8,000 | | $ | 6,000 |
| Rents (ex NY) | $ | 5,400 | B | $ | 5,400 |
| Utilities | $ | 4,000 | | $ | 4,000 |
| Risk Insurance | $ | 11,000 | C | $ | 11,000 |
| Maintenance & Supplies | $ | 2,000 | | $ | 2,000 |
| Accounting fees | $ | 17,000 | D | $ | 17,000 |
| Contract staff | $ | 6,600 | E | $ | 4,800 |
| Telephone | $ | 500 | | $ | 500 |
| All other expenses | $ | 12,000 | | $ | 12,000 |
| Total | $ | 160,000 | | $ 117,700 | $ 277,700 |
| Net Total | $ | 290,000 | | $ 282,300 | $ 572,300 |

(A) January includes 2 days pay for 14 staff terminated 1/6/15, approx $10,000.
(B) DC only
(C) Prof. Liab under finance agreeement
(D) Temp staff for acctg
(E) DC office

Leo Fox, Esq
630 Third Avenue
18th Floor
New York, New York 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

IN RE:

SWANKE HAYDEN CONNELL LTD.

                                            Debtor.

------------------------------------------------------x

Chapter 11 Reorganization
Case No.

**STATEMENT OF CORPORATE
OWNERSHIP UNDER RULE 7007.1(a)**

STATE OF NEW YORK      )
                                    : SS
COUNTY OF NEW YORK  )

    Richard Seth Hayden being duly sworn deposes and says:

1.  I am the principal officer of the above Debtor corporation.  No corporation directly or

indirectly owns 10% or more of any class of the above Debtor's equity interests.

Richard Seth Hayden

Sworn to before me this
6th day of January 2015

Notary Public

CAROL A. GIFFEN
Notary Public, State of New York
No. 01GI6022003
Qualified in New York County
Commission Expires March 22, 2015