UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                       :         Case No. 15-10009 (SCC)
                                                                              :
SWANKE HAYDEN CONNELL LTD., et al.,       :         Chapter 11
                                                                              :
                        Debtors.                                   :
-------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of Swanke Hayden Connell Ltd., et al. and affiliated debtors in possession:

1.   Lilker Associates Consulting
     1001 Avenue of the Americas
     New York, NY  10018
     Attention:  Bruce Lilker, President
     Telephone: (212) 695-1000
     Fax:    (212) 842-0482
     E-Mail:  BLilker@Lilker.com

2.   Bladykas Engineering, P.C.
     50 Jackson Avenue, Suite 300
     Syosset, NY 11791
     Attention:  Jeffrey Rabiner, Vice President
     Telephone: (516) 364-8700
     E-Mail:  jrabiner@bladykas.com

3.   United Reprographic Services
     48 West 38th Street
     New York, NY  10018
     Attention:  Dr. Vincent Carbonell, Esq., President
     Telephone:  (917) 693-0895
     E-Mail:  VCarbonell@aol.com

4.   Vidaris, Inc. (c/o Alex Argento)
     300 Park Avenue South, 15th Floor
     New York, NY  10010
     Attention: Alex Argento
     Telephone: (212) 689-5389
     Fax: (212) 689-6449
     E-Mail:  Aargento@vidaris.com

5.   Lakhani & Jordan Engineers, P.C.
     315 Madison Avenue
     New York, NY  10017
     Attention: Harshad Lakhani, President
     Telephone: (212) 338-9020
     Fax: (212) 338-9030
     E-Mail:  HLakhani@Lakhanijordan.com

Dated: New York, New York
       January 30, 2015

                              Sincerely,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                              By */s/ Susan D. Golden*
                              Susan D. Golden
                              Trial Attorney
                              Office of the United States Trustee
                              201 Varick Street, Room 1006
                              New York, NY 10014
                              Tel. (212) 510-0500