B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

In re  Swanke Hayden Connell Ltd.  ,    Case No.  15-10009

*Debtor*    Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0 | | |
| B - Personal Property | Yes | 3 | 4,855,061.17 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 161,927.56 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 257,272.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 5,238,951.67 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | 4,855,061.17 | $ 5,420,151.23 | |

B6A (Official Form 6A) (12/07)

In re  Swanke Hayden Connell Ltd.           ,          Case No.  15-10009
            **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total▶ | NONE | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re Swanke Hayden Connell Ltd. ,     Case No. 15-10009
       Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Certificate of Deposit - Chase<br>Checking Account-JP Morgan Chase<br>Payroll Account-JP Morgan Chase<br>Money Market Account-JP Morgan<br>Flex Spending Account-JP Morgan<br>Checking A/C (DC)-Wells Fargo<br>Raiffenen Bank - Moscow | | $275,000.00<br>$ 61,115.97<br>$ 62,29<br>$ 1,768.31<br>$ 755,34<br>$ 8.50<br>$ 52,706.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Swanke Hayden Connell Ltd. _____,    Case No. 15-10009 _____
           **Debtor**                                                      **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Common Stock of Wholly Owned Subsidiary Design 360, Inc. | | $5,001.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Trade Receivables and Retainage | | $4,284,125.46 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Payroll Tax Refunds for 2014 | | $45,343.22 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Swanke Hayden Connell Ltd.                     ,          Case No. 15-10009
          Debtor                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Private Office Furniture, Files Conference Room Tables & Chairs Filing Cabinets | | (Book Value) $45,880.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Desktop Computers, Laptops Servers, Printers, Telephone Equipment | | (Book Value) $83,295.17 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached     Total▶  $4,855,061.17

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re **Swanke Hayden Connell Ltd.**,     Case No. __15-10009__
_____     _____
        **Debtor**                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Buro Happold Consulting Engineer PC 100 Broadway New York, NY 10005 | | | Unpaid Rent<br><br>VALUE $ | | | | $161,927.56 | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

_____ continuation sheets attached

| | | | | |
|---|---|---|---|---|
| | Subtotal ▶<br>(Total of this page) | | $ | $ |
| | Total ▶<br>(Use only on last page) | | $ 161,927.56 | $ |
| | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  <u>Swanke Hayden Connell Ltd.,</u>          Case No.  <u>15-10009</u>
               *Debtor*                                                   *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."        If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re   Swanke Hayden Connell Ltd.                    ,          Case No.   15-10009
                          *Debtor*                                                              *(if known)*


☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re  Swanke Hayden Connell Ltd.                ,        Case No.  15-10009
_____                      _____
       *Debtor*                                                         *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Marilu Tibana <br> 26 Smith Terrace <br> Staten Island, NY 10304 | | | January 6, 2015 | | X | | $1,250.00 | $1,250.00 | |
| Account No. <br> Monica Pittman <br> 6601 Roth Place <br> Cabin John, MD 20818 | | | January 6, 2015 | | X | | $3,600.00 | $3,600.00 | |
| Account No. <br> Nancy Wilks <br> 135 Ocean Parkway #14N <br> Brooklyn, NY 11218 | | | January 6, 2015 | | X | | $14,422.00 | $14,422.00 | |
| Account No. <br> See attached schedules | | | | | | | 238,000 | 238,000 | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $257,272.00    $257272.00

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $257,272.00

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $257,272.00

# Title And Salary: as of 12/31/14  Pre Petition 2 Days Pay 1/5 & 1/6/15

| Department | Loc | LAST_NAME | First | JOB_TITLE | HIRE DATE | Hourly Rate | Annual | Bi-Weekly Wages | 2 days Pay 1/5&6 (Pre-Petition) |
|---|---|---|---|---|---|---|---|---|---|
| **DESIGN 360, INC.** | | | | | | | | | |
| GRAPHICS | D360 | Ayers | Jill | GRAPHICS CREATIVE DIRECTOR | 08/30/04 | 64.103 | 125,000 | $ 4,807.69 | $ 961.54 |
| GRAPHICS | D360 | Einsidler | Rachel | SENIOR GRAPHIC DESIGNER | 07/09/01 | 41.026 | 80,000 | $ 3,076.92 | $ 615.38 |
| TOTAL D360 | | | Total | | | | | $ 7,884.62 | $ 1,576.92 |
| **SHCA** | | | | | | | | | |
| Project Management Executive | NY | Gursel | Altan | PROJECT PRINCIPAL | 08/13/80 | 82.051 | 160,000 | 6,153.85 | 861.54 |
| Project Management Executive | NY | Jappen | John | PROJECT PRINCIPAL | 07/13/87 | 57.436 | 112,000 | 4,307.70 | |
| EXECUTIVE | DC | Alexander | George | PRINCIPAL | 06/23/69 | 71.795 | 140,000 | $ - | - |
| EXECUTIVE | NY | Hayden | Richard | PRINCIPAL | 09/17/62 | 82.051 | 160,000 | $ - | - |
| EXECUTIVE | NY | Seward | Julian | PRINCIPAL | 10/15/12 | 102.564 | 200,000 | $ - | - |
| DC OFFICE SERVICES | DC | Gregory | Lori-Ann | MARKETING ASSISTANT | 02/11/08 | 25.128 | 49,000 | $ - | - |
| ACCOUNTING | NY | Olitsky | Rose | Project Accounting Manager | 06/29/61 | 40.000 | 78,000 | 3,000.00 | 600.00 |
| ACCOUNTING | NY | Forbes | Jacquline | Senior Project Accountant | 08/25/14 | 33.333 | 65,000 | 2,500.00 | 500.00 |
| ARCHITECTURE DESIGN | NY | Hooks | Robin | SENIOR DESIGNER | 06/09/10 | 43.590 | 85,000 | 3,269.23 | 653.85 |
| ARCHITECTURE DESIGN | NY | Motvitskiy | Aleksandr | PROJECT DESIGNER | 04/29/13 | 46.410 | 90,500 | 3,480.77 | 696.14 |
| ARCHITECTURE DESIGN | NY | Snell | Rebecca | Interior Designer- Healthcare | 09/11/13 | 34.615 | 67,500 | 2,596.15 | 519.23 |
| BUSINESS DEVELOPMENT/PR/MRK | NY | Giffen | Carol | NY MARKETING COORDINATOR | 08/11/97 | 48.718 | 95,000 | 3,653.85 | 730.77 |
| DESIGN | NY | Gurierrez | Alvaro | Initerior Designer | 08/27/14 | 23.077 | 45,000 | 1,730.77 | |

V:\Title and Salary at 12_31_2014  with Wages 2 days Jan5 & 6 PrePetition.xlsx

1

## Title And Salary: as of 12/31/14  Pre Petition 2 Days Pay 1/5 & 1/6/15

| | Loc | LAST_NAME | First | JOB_TITLE | HIRE DATE | Hourly Rate | Annual | Bi-Weekly Wages | 2 days Pay 1/5&6 (Pre-Petition) |
|---|---|---|---|---|---|---|---|---|---|
| **DESIGN 360, INC.** | | | | | | | | | |
| IT/CADD | NY | Cunha | Emily | Director, CADD SERVICES | 04/09/07 | 61.538 | 120,000 | $ 4,615.38 | $ 923.08 |
| OFFICE SERVICES | NY | Ferraro | John | DIRECTOR, OFFICE SERVICES | 04/15/85 | 47.436 | 92,500 | $ 3,557.69 | $ 711.54 |
| OFFICE SERVICES | NY | Hernandez | Sylvia | Executive Secretary | 07/01/13 | 33.654 | 70,000 | $ 2,692.31 | $ 538.48 |
| OFFICE SERVICES | NY | Goicoechea | Kimberly | Receptionist | 11/19/14 | 16.827 | 35,000 | $ 1,346.15 | $ 269.23 |
| PROJECT MANAGEMENT | NY | De Silva | Paul | DIRECTOR, SUSTAINABILITY | 01/03/06 | 56.410 | 110,000 | $ 4,230.77 | $ 846.15 |
| PROJECT MANAGEMENT | NY | Mejia | Juan | SENIOR PROJECT MANAGER | 09/13/84 | 61.538 | 120,000 | $ 4,615.38 | $ 923.07 |
| PROJECT MANAGEMENT | NY | Pezzutti | Paul | SENIOR PROJECT MANAGER | 08/09/10 | 64.103 | 125,000 | $ 4,807.69 | $ 961.53 |
| PROJECT MANAGEMENT | NY | Sam | Raymond | SENIOR PROJECT MANAGER | 12/01/05 | 64.103 | 125,000 | $ 4,807.69 | $ 961.53 |
| PROJECT MANAGEMENT | NY | Heller | Daniel | SENIOR PROJECT MANAGER | 03/03/14 | 53.846 | 105,000 | $ 4,038.46 | $ 807.69 |
| DC Office | DC | Krupnick | Louis | SENIOR PROJECT MANAGER | 11/01/10 | 55.288 | 115,000 | $ 4,423.08 | $ 884.61 |
| DC Office | DC | Moores | Susan | Senior Designer | 10/20/14 | 40.000 | 83,200 | $ 3,200.00 | $ 640.00 |
| DC Office | DC | Youssef | Ronza | Project Consultant (Contract) | 08/01/14 | 27.000 | | $ | |
| DC Office | DC | Sanchez | Leonora | Project Consultant (Contract) | 09/03/14 | 33.000 | | $ - | |
| DC Office | DC | Isip | Macaria | Project Consultant (Contract) | 10/27/14 | 27.000 | | $ 864.00 | |
| RESTORATION | NY | Moss | Elizabeth | DIRECTOR, HISTORIC PRESERVATION | 09/19/00 | 56.410 | 110,000 | $ 4,230.77 | $ 846.15 |
| | NY | Rinaldi | Thomas | HP Designer | 11/03/14 | 33.333 | 65,000 | $ 2,000.00 | $ - |
| TECHNICAL SERVICES | NY | Arbesfeld | Walter | SENIOR TECHNICAL COORDINATOR | 07/05/94 | 51.282 | 100,000 | $ 1,153.86 | $ - |
| TECHNICAL SERVICES | NY | Ajiashvili | George | TECHNICAL COORDINATOR | 07/08/13 | 43.333 | 84,500 | $ 3,250.00 | $ 650.00 |
| TECHNICAL SERVICES | NY | Farber | Valerie | TECHNICAL COORDINATOR | 11/25/13 | 41.026 | 80,000 | $ 3,076.92 | $ 615.38 |
| TECHNICAL SERVICES | NY | Hernandez | Jose Louis | TECHNICAL COORDINATOR | 09/03/13 | 38.462 | 75,000 | $ 2,884.62 | $ 576.92 |
| TECHNICAL SERVICES | NY | Michael | Joseph | SENIOR DESIGNER | 05/22/06 | 43.590 | 85,000 | $ 3,269.23 | $ 653.84 |

V:\Title and Salary at 12_31_2014  with Wages 2 days Jan5 & 6 PrePetition.xlsx

2

**Title And Salary: as of 12/31/14  Pre Petition 2 Days Pay 1/5 & 1/6/15**

| | Loc | LAST_NAME | First | JOB_TITLE | HIRE DATE | Hourly Rate | Annual | | Bi-Weekly Wages | | 2 days Pay 1/5&6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | (Pre-Petition) |
| **DESIGN 360, INC.** | | | | | | | | | | | |
| TECHNICAL SERVICES | NY | Obrebowski | Zbigniew | TECHNICAL COORDINATOR | 11/30/92 | 48.718 | 95,000 | $ | 3,653.85 | $ | 730.78 |
| TECHNICAL SERVICES | NY | Sprance | Robert | DIRECTOR, SPECIFICATIONS | 01/02/96 | 64.103 | 125,000 | $ | 4,807.69 | $ | 961.54 |
| TECHNICAL SERVICES | NY | Zaninovic | Milenka | TECHNICAL COORDINATOR | 04/30/07 | 48.718 | 95,000 | $ | 3,653.85 | $ | - |
| | | | | **Grand Totals (NY&DC)** | | | $ | 3,362,200 | $  105,871.72 | $ | 18,063.05 |

**Title And Salary: 12/31/14**

| | Loc | LAST_NAME | First | JOB_TITLE | HIRE DATE | Hourly Rate | Annual | Bi-Weekly Wages | Accr'd Vacation Hrs | Vacation $ | Total Wages & Vacation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DESIGN 360, INC.** | | | | | | | | | | | |
| GRAPHICS | D360 | Ayers | Jill | GRAPHICS CREATIVE DIRECTOR | 08/30/04 | 64.103 | 125,000 $ | 4,807.69 | 0 $ | - $ | 4,807.69 |
| GRAPHICS | D360 | Einsidler | Rachel | SENIOR GRAPHIC DESIGNER | 07/09/01 | 41.026 | 80,000 $ | 3,076.92 | 150 $ | 6,153.85 $ | 9,230.77 |
| TOTAL D360 | | Total | | | | | $ | 7,884.62 | $ | 6,153.85 $ | 14,038.46 |
| | | | | | | | | | | | |
| **SHCA** | | | | | | | | | | | |
| Project Management Executive | NY | Gursel | Altan | PROJECT PRINCIPAL | 08/13/80 | 82.051 | 160,000 $ | 6,153.85 | 0 $ | - $ | 6,153.85 |
| Project Management Executive | NY | Jappen | John | PROJECT PRINCIPAL | 07/13/87 | 57.436 | 112,000 $ | 4,307.70 | 0 $ | - $ | 4,307.70 |
| | | | | | | | | | | | |
| EXECUTIVE | DC | Alexander | George | PRINCIPAL | 06/23/69 | 71.795 | 140,000 $ | - | 0 $ | - | |
| EXECUTIVE | NY | Hayden | Richard | PRINCIPAL | 09/17/62 | 82.051 | 160,000 $ | - | 0 $ | - | |
| EXECUTIVE | NY | Seward | Julian | PRINCIPAL | 10/15/12 | 102.564 | 200,000 $ | - | 0 $ | - | |
| | | | | | | | | | | | |
| DC OFFICE SERVICES | DC | Gregory | Lori-Ann | MARKETING ASSISTANT | 02/11/08 | 25.128 | 49,000 $ | - | 0 $ | - $ | - |
| | | | | | | | | | | | |
| ACCOUNTING | NY | Olitsky | Rose | Project Accounting Manager | 06/29/61 | 40.000 | 78,000 $ | 3,000.00 | 150 $ | 6,000.00 $ | 9,000.00 |
| ACCOUNTING | NY | Forbes | Jacquline | Senior Project Accountant | 08/25/14 | 33.333 | 65,000 $ | 2,500.00 | 16 $ | 516.67 $ | 3,016.67 |
| | | | | | | | | | | | |
| ARCHITECTURE DESIGN | NY | Hooks | Robin | SENIOR DESIGNER | 06/09/10 | 43.590 | 85,000 $ | 3,269.23 | 150 $ | 6,538.46 $ | 9,807.69 |
| ARCHITECTURE DESIGN | NY | Motvitskiy | Aleksandr | PROJECT DESIGNER | 04/29/13 | 46.410 | 90,500 $ | 3,480.77 | 133 $ | 6,172.56 $ | 9,653.33 |
| ARCHITECTURE DESIGN | NY | Snell | Rebecca | Interior Designer- Healthcare | 09/11/13 | 34.615 | 67,500 $ | 2,596.15 | 4 $ | 138.46 $ | 2,734.62 |
| | | | | | | | | | | | |
| BUSINESS DEVELOPMENT/PR/MRK | NY | Giffen | Carol | NY MARKETING COORDINATOR | 08/11/97 | 48.718 | 95,000 $ | 3,653.85 | 166 $ | 8,087.18 $ | 11,741.03 |
| | | | | | | | | | | | |
| DESIGN | NY | Gurierrez | Alvaro | Initerior Designer | 08/27/14 | 23.077 | 45,000 $ | 1,730.77 | 28 $ | 646.15 $ | 2,376.92 |
| | | | | | | | | | | | |
| IT/CADD | NY | Cunha | Emily | Director, CADD SERVICES | 04/09/07 | 61.538 | 120,000 $ | 4,615.38 | 150 $ | 9,230.77 $ | 13,846.15 |
| | | | | | | | | | | | |
| OFFICE SERVICES | NY | Ferraro | John | DIRECTOR, OFFICE SERVICES | 04/15/85 | 47.436 | 92,500 $ | 3,557.69 | 150 $ | 7,115.38 $ | 10,673.08 |
| OFFICE SERVICES | NY | Hernandez | Sylvia | Executive Secretary | 07/01/13 | 33.654 | 70,000 $ | 2,692.31 | 0 $ | - $ | 2,692.31 |
| OFFICE SERVICES | NY | Goicoechea | Kimberly | Receptionist | 11/19/14 | 16.827 | 35,000 $ | 1,346.15 | 0 $ | - $ | 1,346.15 |
| | | | | | | | | | | | |
| PROJECT MANAGEMENT | NY | De Silva | Paul | DIRECTOR, SUSTAINABILITY | 01/03/06 | 56.410 | 110,000 $ | 4,230.77 | 18 $ | 1,015.38 $ | 5,246.15 |
| PROJECT MANAGEMENT | NY | Mejia | Juan | SENIOR PROJECT MANAGER | 09/13/84 | 61.538 | 120,000 $ | 4,615.38 | 73 $ | 4,492.31 $ | 9,107.69 |

**Title And Salary: 12/31/14**

| | Loc | LAST_NAME | First | JOB_TITLE | HIRE DATE | Hourly Rate | Annual | | Bi-Weekly Wages | Accr'd Vacation Hrs | | Vacation $ | | Total Wages & Vacation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DESIGN 360, INC.** | | | | | | | | | | | | | | |
| PROJECT MANAGEMENT | NY | Pezzutti | Paul | SENIOR PROJECT MANAGER | 08/09/10 | 64.103 | 125,000 | $ | 4,807.69 | 67 | $ | 4,294.87 | $ | 9,102.56 |
| PROJECT MANAGEMENT | NY | Sam | Raymond | SENIOR PROJECT MANAGER | 12/01/05 | 64.103 | 125,000 | $ | 4,807.69 | 150 | $ | 9,615.38 | $ | 14,423.08 |
| PROJECT MANAGEMENT | NY | Heller | Daniel | SENIOR PROJECT MANAGER | 03/03/14 | 53.846 | 105,000 | $ | 4,038.46 | 16 | $ | 861.54 | $ | 4,900.00 |
| | | | | | | | | | | | | | | |
| DC Office | DC | Krupnick | Louis | SENIOR PROJECT MANAGER | 11/01/10 | 55.288 | 115,000 | $ | 4,423.08 | 87 | $ | 4,810.10 | $ | 9,233.17 |
| DC Office | DC | Moores | Susan | Senior Designer | 10/20/14 | 40.000 | 83,200 | $ | 3,200.00 | 13 | $ | 520.00 | $ | 3,720.00 |
| DC Office | DC | Youssef | Ronza | Project Consultant (Contract) | 08/01/14 | 27.000 | | $ | - | 0 | $ | - | $ | - |
| DC Office | DC | Sanchez | Leonora | Project Consultant (Contract) | 09/03/14 | 33.000 | | $ | - | 0 | $ | - | $ | - |
| DC Office | DC | Isip | Macaria | Project Consultant (Contract) | 10/27/14 | 27.000 | | $ | 864.00 | 0 | $ | - | $ | 864.00 |
| | | | | | | | | | | | | | | |
| RESTORATION | NY | Moss | Elizabeth | DIRECTOR, HISTORIC PRESERVATION | 09/19/00 | 56.410 | 110,000 | $ | 4,230.77 | 123 | $ | 6,938.46 | $ | 11,169.23 |
| | NY | Rinaldi | Thomas | HP Designer | 11/03/14 | 33.333 | 65,000 | $ | 2,000.00 | 0 | $ | - | $ | 2,000.00 |
| | | | | | | | | | | | | | | |
| TECHNICAL SERVICES | NY | Arbesfeld | Walter | SENIOR TECHNICAL COORDINATOR | 07/05/94 | 51.282 | 100,000 | $ | 1,153.86 | 22 | $ | 1,128.21 | | 2,282.07 |
| TECHNICAL SERVICES | NY | Ajiashvili | George | TECHNICAL COORDINATOR | 07/08/13 | 43.333 | 84,500 | $ | 3,250.00 | 88 | $ | 3,813.33 | $ | 7,063.33 |
| TECHNICAL SERVICES | NY | Farber | Valerie | TECHNICAL COORDINATOR | 11/25/13 | 41.026 | 80,000 | $ | 3,076.92 | 0 | $ | - | $ | 3,076.92 |
| TECHNICAL SERVICES | NY | Hernandez | Jose Louis | TECHNICAL COORDINATOR | 09/03/13 | 38.462 | 75,000 | $ | 2,884.62 | 98 | $ | 3,769.23 | $ | 6,653.85 |
| TECHNICAL SERVICES | NY | Michael | Joseph | SENIOR DESIGNER | 05/22/06 | 43.590 | 85,000 | $ | 3,269.23 | 150 | $ | 6,538.46 | $ | 9,807.69 |
| TECHNICAL SERVICES | NY | Obrebowski | Zbigniew | TECHNICAL COORDINATOR | 11/30/92 | 48.718 | 95,000 | $ | 3,653.85 | 150 | $ | 7,307.69 | $ | 10,961.54 |
| TECHNICAL SERVICES | NY | Sprance | Robert | DIRECTOR, SPECIFICATIONS | 01/02/96 | 64.103 | 125,000 | $ | 4,807.69 | 86 | $ | 5,512.82 | $ | 10,320.51 |
| TECHNICAL SERVICES | NY | Zaninovic | Milenka | TECHNICAL COORDINATOR | 04/30/07 | 48.718 | 95,000 | $ | 3,653.85 | 150 | $ | 7,307.69 | $ | 10,961.54 |
| | | | | **Grand Totals (NY&DC)** | | | $ | 3,362,200 | $   105,871.72 | | $ | 112,371.12 | $ | 218,242.84 |

B 6F (Official Form 6F) (12/07)

In re Swanke Hayden Connell Ltd.        ,                    Case No. 15-10009
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> See Attached Schedules | | | | | X | | $5,238,951.67 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| | | | | | | Subtotal▶ | $ |
| ____continuation sheets attached | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ 5,238,951.67 |

| | SWANKE | | | |
| --- | --- | --- | --- | --- |
| | **UNSECURED CREDITORS** | | | |
| **VENDOR** | **Name & Address** | **OPEN BALANCE** | | |
| ACCU-COST CONSTRUCTION CONSULTANTS,INC | ACCU-COST CONSTRUCTION CONSULTANTS iNC<br>575 Eighth Avenue, Suite 1220<br>NEW YORK    NY    10018 | $    2,500.00 | | |
| THE AMERICAN INSTITUTE OF ARCHITECTS | THE AMERICAN INSTITUTE OF ARCHITECTS<br>C/O PO BOX 64185<br>BALTIMORE    MD    21264-4146 | $    9,325.00 | | |
| ALLEE KING ROSEN& FLEMING, INC | ALLEE KING ROSEN & FLEMING, INC.<br>440 PARK AVE SOUTH, 7th FL<br>NEW YORK, NY 11016 | $    1,553.76 | | |
| ALAN C. MARGOLIN, P. E. | 420 LEXINGTON AVE, GRAYBAR BUILDING<br>NEW YORK    NY    10170-0002<br>Country: USA<br>Phone: 212-867-6720<br>Fax: 212-867-6724 | $   30,800.00 | | |
| ALAN MARGOLIN & ASSOC. CONSULT. ENGRS & | ALAN MARGOLIN & ASSOC.CONSULT.ENGRS<br>420 LEXINGTON AVENUE-SUITE 2738<br>NEW YORK    NY    10170 | $   50,983.00 | | |
| AMBROSINO, DEPINTO & SCHMIEDER | AMBROSINO, DEPINTO 7 SCHMIEDER<br>275 SEVENTH AVENUE<br>21ST FLOOR<br>NEW YORK    NY    10001 | $    1,952.86 | | |
| ARAMARK Refreshment Services | ARAMARK REFRESHMENT SERVICES<br>229 Robbins Lane<br>Syosset    NY    11791 | $    1,182.93 | | |
| Business Asset Relocation | BUSINESS ASSEST RELOCATION<br>1350 Broadway<br>Suite 1608<br>New York    NY    10018 | $    2,776.30 | | |
| BLACK BOX NETWORK SERVICES | BLACK BOX NETWORK SERVICES<br>P.O.BOX347224<br>PHILADELPHIA    PA    15251-4224 | $    5,851.83 | | |
| Black Box Network Services | BLACK BOX NETWORK SERVICES<br>6000 New Horizons Blvd.<br>Amityville    NY    11701 | $       263.05 | | |

| Vendor | Address | Amount | | |
|---|---|---|---|---|
| **BLADYKAS ENGINEERING, P.C.** | BLADYKAS ENGINEERING, P.C.<br>50 Jackson Avenue<br>Suite 210<br>Syosset   NY      11791 | $   112,175.86 | | |
| **Sidney B. Bowne & Son, LLP** | SIDNEY B. BOWNE & SONS, LLP<br>235 E. Jericho Turnpike P.O. Box 109<br>Mineola   NY      11501-0109 | $     15,139.95 | | |
| **BARD, RAO+ATHANAS, P.C** | BARD, RAO+ATHANAS,P.C.<br>311 ARSENAL STREET<br>WATERTOWN   MA      02472-5789 | $     34,625.00 | | |
| **BURO HAPPOLD CONSULTING ENGINEERS PC** | BURO HAPPOLD CONSULTING ENGINEERS PC<br>100 Broadway<br>NEW YORK   NY    10005 | $     21,125.00 | | |
| **Buro Happold Consulting Engineers, P.C.** | BURO HAPPOLD CONSULTING ENGINEERS PC<br>100 Broadway<br>New York   NY    10005 | $   108,748.55 | | |
| **C2 IMAGING** | C2 IMAGING<br>PO BOX 774537<br>4537 SOLUTIONS CENTER<br>CHICAGO   IL     60677-4005 | $          314.10 | | |
| **J. CALLAHAN CONSULTING, INC.** | J. CALLAHAN CONSULTING, INC.<br>299 BROADWAY<br>SUITE 1420<br>NEW YORK   NY    10007 | $       2,287.50 | | |
| **CAMERON ENGINEERING & ASSOCIATES, LLP** | CAMERON ENGINEERING & ASSOCIATES, LLP<br>100 SUNNYSIDE BLVD STE 100<br>WOODBURY   NY     11797 | $     45,093.55 | | |
| **CAS STRUCTURAL ENGINEERING INC.** | CAS STRUCTURAL ENGINEERING INC.<br>P.O. BOX 469<br>57 CALA LANE<br>ALUM CREEK   WV      25003 | $     44,255.75 | | |
| **CONNECTICUT BUSINESS CENTERS** | CONNECTICUT BUSINESS CENTERS<br>SIX LANDMARK SQUARE<br>FOURTH FLOOR<br>STAMFORD   CT      06901-2792 | $       2,180.95 | | |
| **CERAMI & ASSOC. INC.** | CERAMI & ASSOCIATES, INC.<br>404 FIFTH AVENUE, 8TH FLOOR<br>NEW YORK   NY     10018 | $     58,242.51 | | |

| Vendor | Address | Amount | | |
|---|---|---|---|---|
| CFS ENGINEERING, PC | CFS ENGINEERING, PC<br>228 E 45TH ST-5TH FL<br>NEW YORK   NY   10017 | $ 27,281.99 | | |
| CLINE BETTRIDGE BERNSTEIN INC. | CLINE BETTRIDGE BERNSTEIN INC.<br>30 WEST 22ND STREET<br>NEW YORK   NY   10010 | $ 66.52 | | |
| COSENTINI ASSOC/Tetra Tech Engineers INC | COSENTINI ASSOCIATES<br>TWO PENNSYLVANIA PLAZA<br>NEW YORK   NY   10121 | $ 88,969.13 | | |
| CoStar Group, Inc. | CoSTar Group, Inc.<br>PO Box 791123<br>Baltimore   MD   21279-1123 | $ 989.84 | | |
| WHITNEY COX | WHITNET COX<br>143 DUANE STREET<br>NEW YORK   NY   10013 | $ 3,400.16 | | |
| CTI CONSULTANTS, INC. | CTI CONSULTANTS, INC.<br>13500 E BOUNDARY ROAD<br>MIDLOTHIAN   VA   23112 | $ 22,900.00 | | |
| DESIGN 2147 LTD. | DESIGN 2147 LTD.<br>52 DIAMOND STREET<br>BROOKLYN   NY   11222 | $ 3,885.00 | | |
| DeSimone Consulting Engineers, LLC | DeSimone Consulting Engineers, LLC<br>18 W 18TH ST<br>NEW YORK,   NY   10011 | $ 31,210.90 | | |
| DELON HAMPTON & ASSOC, CHARTERED INC | DELON HAMPTON & ASSOCIATES, INC<br>800 K STREET, N.W. SUITE 720 NORTH LOBBY<br>WASHINGTON   DC   20001 | $ 33,926.10 | | |
| Diverse Printing & Graphics | DIVERSE PRINTING & GRAPHICS<br>224 W 30th st<br>Suite 406<br>New York   NY   10001 | $ 727.40 | | |
| Dolce Vita Footwear, Inc. | DOLCE VITA FOOTWEAR, INC.<br>111 South Jackson Street<br>Seattle   WA   98104 | $ 97,500.00 | | |
| DOMINGO GONZALEZ ASSOCIATES, INC | DOMINGO GONZALEZ ASSOCIATES INC.<br>25 PARK PLACE<br>NEW YORK   NY   10007 | $ 34.22 | | |
| Designer Pages Online | DESIGNER PAGES ONLINE<br>225 West 35th St. Suite 1100<br>New York   NY   10001 | $ 542.70 | | |

| | | | | |
|---|---|---|---|---|
| **EBERLIN & EBERLIN** | EBERLIN & EBERLIN<br>31 SODOM ROAD<br>BREWSTER   NY    10509 | $   16,100.00 | | |
| **Employment Contractor Services Inc** | EMPLOYMENT CONTRACTOR SERVICES INC.<br>1 Kattelville Road<br>Suite 4<br>Binghamton   NY    13901 | $   16,875.00 | | |
| **Entek Engineering PLLC** | ENTEK ENGINEERING, PLLC<br>166 Ames Street<br>Hackensack, NJ 07601-1729 | $   22,500.00 | | |
| **ENVIRONMENTAL PLANNING & MGMT, INC** | ENVIRONMENTAL PLANNING & MGMT, INC.<br>1983 Marcus Avenue<br>Suite 109<br>Lake Success   NY    11042 | $   80,717.74 | | |
| **EPS GROUP** | EPS GROUP<br>25-13 OLD KINGS HWY. N.<br>SUITE 250<br>DARIEN   CT    06820 | $   4,800.00 | | |
| **EPSTEIN BECKER & GREEN, P.C.** | EPSTEIN BECKER & GREEN P.C.<br>P.O. Box 30036<br>New York   NY    10087-0036 | $   11,427.10 | | |
| **PLUMB EXCEL ENGINEERING, PC** | PLUMB EXCEL ENGINEERING, PC<br>52 JAMES ST<br>ALBANY   NY    12207 | $   1,742.80 | | |
| **ATKINSON KOVEN FEINBERG** | ATKINSON KOVEN FEINBERG<br>PO BOX 5205<br>NEW YORK   NY    10008-5205 | $   9,815.00 | | |
| **WSP FLACK & KURTZ- NY** | WSP FLACK & KURTZ<br>62494 Collection Center Dr<br>Chicago   IL    60693-0624 | $   22,259.34 | | |
| **FMC ENGINEERING, PC** | FMC ENGINEEERING, PC<br>261 WEST 35TH STREET<br>NEW YORK   NY    10001 | $   16,630.13 | | |
| **Francine Fleischer** | FRANCINE FLEISCHER<br>111 Kent Avenue<br>Apt 4R<br>Brooklyn   NY    11249 | $   1,200.00 | | |
| **Franco Remodeling Corporation** | FRANCO REMOLDING CORPORATION<br>242 Metropolitan Avenue<br>Brooklyn   NY    11211 | $   7,868.40 | | |

| Vendor | Address | Amount | | |
|---|---|---|---|---|
| G.C. ENG & ASSOCIATES, P.C. | G.C.ENG & ASSOCIATES, PC<br>141 West 28th Street, Suite 800<br>New York    NY    10001 | $    69,962.23 | | |
| GB Geotechnics USA. NY | GB GEOTECHNICS USA<br>32 OLD SLIP 10TH FL<br>NEW YORK, NY 10005 | $    4,700.00 | | |
| JEROME S. GILLMAN CONS., P.C | JEROME S. GILLMAN CONS., PC<br>40 WORTH STREET<br>NEW YORK    NY    10013 | $    535.00 | | |
| GILLMAN CONSULTING INC | GILLMAN CONSULTING INC<br>40 Worth Street<br>Suite 600<br>New York    NY    10013 | $    3,000.00 | | |
| GLICKMAN ENGINEERING ASSOCIATES, PLLC | GLICKMAN ENGINEERING ASSOCIATES, PLLC<br>545 Eight Avenue<br>New York    NY    10018 | $    5,021.23 | | |
| GILSANZ,MURRAY,STEFICEK, LLP | GILSANZ, MURRAY,STEFICEK, LLP<br>129 WEST 27TH STREET 5TH FLOOR<br>NEW YORK    NY    10001 | $    22,555.10 | | |
| GOLDMAN COPELAND ASSOCIATES, P.C. | GOLDMAN COPELAND ASSOCIATES, PC<br>229 WEST 36TH ST,7TH FL<br>NEW YORK    NY    10018 | $    41,096.67 | | |
| GRM INFORMATION MANAGEMENT SERVICES | GRM INFORMATION MANAGEMENT SERVICES<br>NEWARK POST OFFICE<br>P.O. BOX 35595<br>NEWARK    NJ    07193-5595 | $    5,181.46 | | |
| | HANKINS & ANDERSON  ENGINEERS<br>4880 Sadler Road , Suite 300<br>Glen Allen, VA. 23060-6164 | $    294,326.80 | | |
| HILMAN DIBERNARDO, INC | HILMAN DIBERNARDO, INC<br>10 EAST 38TH STREET<br>5TH, FLOOR<br>NEW YORK    NY    10016 | $    97,018.99 | | |
| HIRANI ENGINEERING & LAND SURVEYING, P.C | HIRANI ENGINEERING & LAND SURVEYING, PC<br>30 Jericho Executive Plaza<br>Suite 200C<br>Jericho    NY    11753 | $    1,767.00 | | |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI | INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI<br>250 PARK AVENUE<br>6TH FLOOR<br>NEW YORK    NY    10177 | $    7,094.65 | | |

| | | | |
|---|---|---|---|
| **IRON MOUNTAIN RECORDS MANAGEMENT** | IRON MOUNTAIN RECORDS MANAGEMENT<br>LOCK BOX 27128<br>4 CHASE METRO TECH CENTER-7TH FL EAST<br>BROOKLYN   NY        11245 | $        73,276.44 | |
| **JAM CONSULTANTS, INC.** | JAM CONSULTANTS, INC.<br>104 WEST 29TH STREET<br>9TH FLOOR<br>NEW YORK    NY      10001 | $          8,344.00 | |
| **JAND, Inc.** | JAND, INC.<br>c/o Warby Parker<br>161 Avenue of the Americas,<br>Attn: Steve Miller, 2nd Floor<br>New York    NY      10013 | $        35,000.00 | |
| **JOHN CANNING AND CO.LTD** | JOHN CANNING AND CO. LTD<br>150 COMMERCE COURT<br>CHESHIRE   CT       06410 | $          4,313.00 | |
| **JOSEPH NETO & ASSOCIATES, INC** | JOSEPH NETO & ASSOCAITES INC.<br>1430 Broadway - Suite 908<br>NEW YORK   NY      10018 | $          1,916.20 | |
| **JUDGE AUDIO VISUAL SOLUTIONS,INC** | JUDGE AUDIO VISUAL SOLUTIONS INC.<br>300 CONSHOHOCKEN STATE RD #300<br>W. CONSHOHOCKEN   PA       19428 | $          7,500.00 | |
| **KTA-TATOR,INC.** | KTA-TATOR, INC.<br>115 TECHNOLOGY DRIVE<br>PITTSBURGH    PA      15275 | $          8,507.31 | |
| **LAKHANI & JORDAN ENGINEERS, P.C.** | LAKHANI & JORDAN ENGINEERS, PC<br>50 EAST 42ND STREET,   SUITE 1001<br>NEW YORK    NY       10017 | $        95,664.86 | |
| **LANGAN ENGINEERING ENV SURVEYING INC** | LANGAN ENGINEERING ENV SURVEYING INC.<br>PO BOX 347975<br>PITTSBURGH    PA       15251-4975 | $        25,267.15 | |
| **LIGHTING WORKSHOP, INC** | LIGHTING WORKSHOP, INC.<br>20 JAY STREET, SUITE 310B<br>BROOKLYN   NY       11201 | $          2,102.50 | |
| **LILKER ASSOCIATES, P.C** | LILKER ASSOCIATES, PC<br>CONSULTING ENGINEERS, PC<br>1001 AVENUE OF THE AMERICAS<br>NEW YORK    NY      10018 | $       131,786.03 | |
| **KLINGSTUBBINS** | KLING STUBBINS<br>2301 Chestnut Street<br>Philadelphia. PA 19103 | $        62,715.00 | |

| Vendor | Address | Amount | | |
|---|---|---|---|---|
| LIZARDOS ENGINEERING ASSOCIATES, P. C. | LIZARDOS ENGINEERING ASSOCIATES, PC<br>200 OLD COUNTRY ROAD, SUITE 670<br>MINEOLA   NY    11501-4293 | $   267,947.07 | | |
| LOUIS BERGER & ASSOCIATES, PC. | LOUIS BERGER & ASSOCIATES, PC<br>412 Mount Kemble Avenue<br>PO Box 1946<br>Morristown,   NJ   07962-1946 | $     2,040.00 | | |
| LPE ENGINEERING, P.C | LPE ENGINEERING, PC<br>19 W 36TH STREET,9TH FL<br>NEW YORK   NY    10018 | $    27,350.97 | | |
| MARCUS MARINO ARCHITECTS | MARCUS MARINO ARCHITECTS<br>58 DUTCHESS AVENUE, SUITE 333<br>STATEN ISLAND   NY    10304 | $    57,234.33 | | |
| MICHELE  BISACCIA HEALTH CARE INTRS,LLC | MICHELLE BISACCIA HEALTH CARE INTRS, LLC<br>20 WASHINGTON AVENUE<br>RUMSON   NJ    07760 | $    11,090.00 | | |
| METROPOLITAN CONSULTING ENGINEERS | METROPOLITAN CONSULTING ENGINEERS<br>4345 Nabraska Ave, NW<br>Washington   DC    20016 | $    26,165.65 | | |
| M-E ENGINEERS | M-E ENGINEERS<br>29 WEST 38TH STREET<br>5TH FL.<br>NEW YORK   NY    10018 | $   631,721.63 | | |
| MEDICAL PUBLISHING | MEDICAL PUBLISHING<br>PO Box 489<br>Riesel   TX    76682 | $       595.00 | | |
| MERCURY EXPRESS DELIVERY MANAGEMENT | MERCURY EXPRESS DELIVERY MANAGEMENT<br>61 BATTERYMARCH ST<br>Account #43030<br>BOSTON   MA    02110 | $     1,997.24 | | |
| METROPOLIS GROUP, INC. | METROPOLIS GROUP, INC.<br>22 CORTLANDT ST 10th FL<br>NEW YORK   NY    10007 | $     3,464.80 | | |
| MG ENGINEERING D.P.C. | MG ENGINEERING, DPC<br>116 W 32 ST<br>NY   NY    10001 | $     4,352.00 | | |
| MARINO GERAZOUNIS & JAFFE ASSOCIATES,INC | MARINO GERAZOUNIS & JAFFE ASSOCIATES, INC.<br>116 WEST 32ND STREET,  12TH FLOOR<br>NEW YORK   NY    10001 | $    56,450.62 | | |

| | | | | |
|---|---|---|---|---|
| **MGJ IT ASSOCIATES INC.** | MGIT ASSOCIATES INC.<br>100 WEST 32ND STREET<br>NEW YORK   NY   10001-3210 | $      99.15 | | |
| **MILROSE CONS., INC.** | MILROSE CONULTING, INC.<br>498 SEVENTH AVENUE<br>8TH FLOOR<br>NEW YORK   NY   10018 | $   9,231.00 | | |
| **MUNICIPAL EXPEDITING INC.** | MUNICIPAL EXPEDITING INC.<br>15 Maiden Lane<br>Suite 603<br>New York   NY   10038-5121 | $  11,884.90 | | |
| **NORFAST CONSULTING GROUP INC** | NORFAST CONSULTING GROUP INC.<br>21-37 23RD STREET<br>ASTORIA   NY   11105 | $   4,779.90 | | |
| **NEDLAW Living Walls, Inc.** | NEDLAW LIVING WALLS INC.<br>232 Woolwich Street<br>S. Breslau   ON   N0B 1M0 | $   9,775.00 | | |
| **NORTHROP GRUMMAN CORP** | NORTHRUP GRUMMAN CORP<br>88056 Expedite Way<br>Chicago   IL   60695 | $  24,512.08 | | |
| **NEW YORK BUILDING CONGRESS, INC.** | NW YORK BUILDING CONGRESS INC.<br>44 West 28th Street<br>12th Floor<br>NEW YORK   NY   100001 | $   8,400.00 | | |
| | NYC DEPARTMENT OF FINANCE<br>P.O. Box 5150<br>Kingston, N.Y. 12402-5100 | $  26,798.27 | | |
| **NYC Dept of Finance** | NYC Department of Finance<br>P.O. Box 3653                    New<br>York, NY 10008 | $  25,985.00 | | |
| **NYS Corporation Tax** | NYS Corporation Tax  Processing Unit<br>P.O.Box 22094<br>Albany NY 12201-2094 | $  18,187.00 | | |
| **New York Downtown Hospital** | NEW YORK DOWNTOWN HOSPITAL<br>Developtment Office<br>170 William Street<br>New York   NY   10038 | $  10,000.00 | | |
| **NEW YORK PRESBYTERIAN HOSPITAL** | NEW YORK PRESBYTERIAN HOSPITAL<br>Office of Design & Construction<br>97 Fort Washington Ave., STE 1E<br>New York   NY   10032 | $  10,000.00 | | |

| | | | | |
|---|---|---|---|---|
| ONE LUX STUDIO | ONE LUX STUDIO<br>158 W 29TH ST<br>NY    NY    10001 | $    2,781.56 | | |
| PAETEC | PAETEC<br>PO Box 9001013<br>Louisville    KY    40290-1013 | $    14,351.56 | | |
| THE PROTECTION ENGINEERING GROUP,INC | THE PROTECTION ENGINEERING GROUP, INC<br>14585 AVION PARKWAY, SUITE 150<br>CHANTILLY    VA    20151 | $    23,996.70 | | |
| PETE & COMPANY | PETE & COMPANY<br>515 Rocky Mouth Lane<br>Draper    UT    84020-7615 | $    5,043.81 | | |
| PHILIP HABIB & ASSOCIATES, INC | PHILIP HABIB & ASSOCIATES, INC.<br>102 Madison Avenue<br>11th floor<br>NEW YORK    NY    10016 | $    11,508.00 | | |
| PROPERTY INTERVENTION CONSULTANTS INC. | PROPERTY INTERVENTION CONSULTANTS INC.<br>72 READE STREET<br>2ND FLOOR<br>NEW YORK    NY    10007 | $    1,150.00 | | |
| NEW PUCK LP | NEW PUCK, LLC<br>c/o Kushner Companies<br>666 Fifth Avenue, 15th Floor<br>Attn: Laurence Rabinowitz, Esq<br>New York    NY    10103 | $    116,097.09 | | |
| ROBERT A. HANSEN ASSOC INC | Robert A. Hanson Assoc. Inc.<br>124 East 40th Street<br>New York, N.Y. 10016 | $    17,105.00 | | |
| RAYMOND/RAYMOND INC | RAYMOND/RAYMOND ASSOCIATES<br>51 Greenwich ave<br>Goshen    NY    10924 | $    8,662.50 | | |
| RENALDO C PESSON | RENALDO C PESSON<br>1 River Court<br>Suite 1904<br>Jersey City    NJ    07310 | $    13,632.51 | | |
| RESTL DESIGNERS, INC. | RESTL DESIGNERS, INC CONSULTING ENGINEER<br>1775 K STREET, NW<br>SUITE 220<br>WASHINGTON    DC    20006 | $    12,521.76 | | |

| | | | | |
|---|---|---|---|---|
| | CHARLES RIZZO AND ASSOCIATES OF NY INC.<br>D/B/A Rizzo Group<br>1333 Boradway<br>Suite 500<br>NEW YORK    NY    10018 | | | |
| **CHARLES RIZZO AND ASSOCIATE** | | $    8,408.00 | | |
| | ROLF JENSEN & ASSOCIATES, INC<br>600 WEST FULTON STREET<br>SUITE 500<br>CHICAGO    IL    60661 | | | |
| **ROLF JENSEN & ASSOCIATES, INC** | | $    4,742.50 | | |
| | THE OFFICE OF JAMES RUDERMAN LLP<br>9 EAST 37th STREET, 12th FL<br>NEW YORK    NY    10016-2822 | | | |
| **THE OFFICE OF JAMES RUDERMAN LLP** | | $    4,496.75 | | |
| | SDM REPRESENTATIVES, INC.<br>220 MAPLE AVENUE SUITE 203<br>ROCKVILLE CENTRE    NY    11570 | | | |
| **SDM REPRESENTATIVES, INC** | | $    2,900.00 | | |
| | YSRAEL A. SEINUK, PC<br>228 EAST 45TH STREET<br>NEW YORK    NY    10017 | | | |
| **YSRAEL A. SEINUK, P. C.** | | $    11,967.00 | | |
| | SELNICK/HARWOOD, PC<br>469 SEVENTH AVENUE<br>9TH FL.<br>NEW YORK    NY    10018 | | | |
| **SELNICK/HARWOOD, PC** | | $    124,000.00 | | |
| | SEMMENS ASSOCIATES, PC<br>358 Saw Mill River Road<br>Millwood N.Y. 10546 | | | |
| **Semmens Associates** | | $    24,843.43 | | |
| | SETTY & ASSOCIATE, LTD<br>3040 WILLIAMS DRIVE,  SUITE 600<br>FAIRFAX    VA    22031 | | | |
| **SETTY & ASSOCIATES, LTD** | | $    68,541.03 | | |
| | SOFTWARE.HARDWARE.INTEGRATION<br>P.O. BOX 952121<br>DALLAS    TX    75395-2121 | | | |
| **SOFTWARE.HARDWARE.INTEGRATION** | | $    5,273.30 | | |
| | ROBERT SILMAN ASSOC., PC<br>88 UNIVERSITY PLACE<br>NEW YORK    NY    10003 | | | |
| **ROBERT SILMAN ASSOC., P.C** | | $    3,729.94 | | |
| | SKA ELEVATOR CONSULTING GROUP<br>13136 W. LYRIC DR.<br>SUN CITY WEST    AZ    85375 | | | |
| **SKA ELEVATOR CONSULTING GROUP** | | $    12,000.00 | | |
| | Software Pursuits, Inc.<br>1900 South Norfolk St.<br>Suite 330<br>San Mateo    CA    94403 | | | |
| **Software Pursuits, Inc.** | | $    4,243.00 | | |

| | | | | |
|---|---|---|---|---|
| **SEVERUD ASSOCIATES** | SEVERUD ASSOCIATES<br>469 SEVENTY AVENUE<br>SUITE 900<br>NEW YORK   NY     10018 | $   19,053.56 | | |
| **Robert A Strasser** | Robert A Strasser<br>116 Biltmore Blvd<br>Massapequa   NY     11758 | $   22,800.00 | | |
| **SUNNY'S WORLDWIDE CHAUEFFEURED TRANSPORT** | SUNNY'S WORLDWIDE CHAUEFFEURED TRANSPORT<br>23765 PEBBLE RUN PLACE<br>STERLING   VA     20166 | $     4,640.17 | | |
| **SUSTAINABLE DESIGN COLLABORATIVE, LLC** | SUSTAINABLE DESIGN COLLABORATIVE, LLC<br>5 Boulanger Plaza<br>Hastings-on-Hudson, NY 10706 | $     1,000.00 | | |
| **Taylor Clark Architects** | TAYLOR CLARK INC.                       c/o<br>Kurt Kiess                         Marks<br>Paneth & Shron                      88<br>Froehlich Farm Blvd<br>Woodbury, NY 11797 | $   37,500.00 | | |
| **THORNTON TOMASETTI GROUP, INC** | THORNTON TOMASETTI GROUP INC.<br>Lockbox 1187<br>PO Box 8500<br>PHILADELPHIA   PA     19178-1187 | $   10,200.00 | | |
| **TILLOTSON DESIGN ASSOCIATES, INC** | TILLOTSON DESIGN ASSOCIATES, INC<br>40 WORTH STREET<br>Suite 1680<br>NEW YORK   NY     10013 | $     2,813.91 | | |
| **TOP NOTCH COURIERS INC** | TOP NOTCH COURIERS INC<br>176 Rivington St<br>NEW YORK   NY     10002 | $     4,880.00 | | |
| **TOSCANO CLEMENTS TAYLOR, LLC** | TOSCANO CLEMENTS TAYLOR, LLC<br>16 OAKWOOD ROAD<br>HUNTINGTON   NY     11743 | $   45,617.00 | | |
| **UNITED BUILDING SCIENCES LIMITED** | UNITED BUILDING SCIENCES LIMITED<br>1333 BROADWAY SUITE 500<br>NY   NY     10018 | $     4,615.00 | | |
| **United Reprographic Services, Inc.** | UMITED REPROGRAPHIC SERVICES INC.<br>48 W. 38th Street<br>7th FL<br>NEW YORK   NY     10018 | $   583,766.78 | | |

| | | | |
|---|---|---|---|
| **VAN DEUSEN & ASSOCIATES** | VAN DEUSEN & ASSOCIATES<br>5 REGENT STREET<br>SUITE 524<br>LIVINGSTON   NJ   07039-1617 | $   16,973.40 | |
| **VIDARIS, INC** | VIDARIS, INC<br>360 Park Avenue South<br>15th floor<br>New York   NY   10010 | $   123,504.29 | |
| **VSA GROUP, PC** | VSA GROUP<br>441 Lexington Avenue<br>Suite 506<br>New York   NY   10017 | $   2,414.62 | |
| **WARD CARPENTER ENGINEERS INC** | WARD CARPENTER ENGINEERS INC.<br>76 Mamaroneck Avenue<br>White Plains   NY   10601 | $   1,950.00 | |
| **W B Mason Inc.** | W B MASON INC.<br>PO Box 981101<br>Boston   MA   02298-1101 | $   6,449.90 | |
| **WEIDLINGER ASSOCIATES, INC.** | WEIDLINGER ASSOCIATES INC.<br>40 Wall Street<br>New York   NY   10005 | $   38,694.60 | |
| **Wellnet Healthcare** | WELLNET HEATHCARE<br>57 Street Road, Suite O   Southhampton,<br>PA 18966 | $   50,731.85 | |
| **Westchester Medical Center Foundation** | WESTCHESTER MEDICAL CENTER FOUNDATION<br>Executive Offices-110<br>95 Grasslands Road<br>Valhalla   NY   10595 | $   41,500.00 | |
| **MOSCOW CONSULTANTS** | | | |
| **Thornton Tomasetti** | Thornton Tomasetti Inc.<br>51 Madison Avenue   New<br>York N.Y. 10010 | $   267,270.00 | |
| **Promstroyproekt** | Promstroyproekt<br>42  Komosomolsky Avenue<br>119827, Moscow  Russia | $   109,016.00 | |
| **OOO and Light** | OOO and Light Leninskiy Prospekt<br>123-379 Moscow 117513<br>Russia | $   4,500.00 | |
| **Puls-Pozhstroy** | Puls-Pozhstroy Engineering<br>12/31 Izmaylovskiy Boulevard, Bldg 1<br>105043 Moscow<br>Russia | $   3,605.00 | |
| | | | |
| | Total | $  5,238,951.67 | |

B 6G (Official Form 6G) (12/07)

In re  Swanke Hayden Connell Ltd.   ,          Case No.  15-10009
          **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See Attached List of Executory Contracts | |
| Buro Happold Consulting Engineers PC<br>100 Broadway<br>New York, New York  10005 | Office Lease for 14th Floor<br>100 Broadway<br>New York, New York 10005<br>Dated:  May 28, 2013 |
| SL 4000 Connecticut LLC<br>3400 International Drive, N.W.<br>Washington, D.C. 20008-3006 | Office Lease - 2nd Fl. POD 2L<br>3007 Tilden Street, N.W.<br>Suite 2L-100<br>Washington, D.C. 20008<br>Dated: September 29, 2011 |
| | |
| | |
| | |

**EXECUTORY CONTRACTS**
**SCHEDULE G**

| | Architectural Interior Design Services | Contract Number |
|---|---|---|
| ABN Associates, LLC<br>c/o Taconic Management Company LLC<br>111 Eighth Avenue, Suite 1500<br>New York, N.Y. 10011 | | |
| Blackrock, Inc.<br>55 East 52nd Street<br>New York, N.Y. 10055 | " | |
| Department of Citywide Administrative Services (NYC)<br>Division of Facilities Management<br>1 Centre Street, 16th Floor South<br>New York, N.Y. 10007 | " | |
| Department of Design + Construction (NYC)<br>30-30 Thomson Avenue<br>Long Island City, N.Y. 11101 | " | 0141403271 |
| Department of General Services (Wash, DC)<br>Contracting and Procurement Division<br>2000 14th Street, N.W., 8th Floor<br>Washington, DC 20006 | " | DCAM-2010-D<br>-0006-D08 |
| Dormitory Authority State of New York<br>515 Broadway<br>Albany, N.Y. 12207-2964 | " | 155406 |
| Fili Plaza<br>c/o Storm Properties<br>24 Krasnaya Presnya utilsa<br>Moscow, Russian Federation 123022 | " | |
| General Services Administration<br>Strawbridge Bldg – 3PQCB<br>26 North 8th Street<br>Philadelphia, PA 19107-3191 | " | GS-03P-09-DX-C-0010 |
| Liro-GPI Joint Venture<br>3 Aerial Way<br>Syosset, N.Y. 11791 | " | |
| Mitsubishi International Corporation<br>655 Third Avenue<br>New York, N.Y. 10017 | " | |

| | | |
|---|---|---|
| Nassau County Department of Public Works<br>1194 Prospect Avenue<br>Westbury, NY 11590-2723 | " | B90976D |
| New York Downtown Hospital<br>c/o New York Presbyterian Hospital<br>Office of Facilities<br>525 East 68th Street<br>Box 157<br>New York, N.Y. 10021 | " | |
| NYU Hospitals Center & NYU School of Medicine<br>Real Estate Development & Facilities<br>550 First Avenue<br>New York, N.Y. 10016 | " | |
| Office of General Services – State of New York<br>Mayor Erastus Corning 2nd Tower<br>Governor Nelson A. Rockefeller Empire State Plaza<br>Albany, N.Y. 12242 | " | OGS01-OSA516<br>-1140247 |
| Starbucks Corporation<br>2401 Utah Avenue South #800<br>Seattle, WA 98134 | " | |
| State of West Virginia<br>Purchasing Division<br>2019 Washington Street East<br>Post Office Box 50130<br>Charleston, WV 25305-0130 | " | PSC 1016 |
| URS Group, Inc.<br>12420 Milestone Center Drive, Suite 150<br>Germantown, MD 20876 | " | 292372.US |
| W&HM Realty Co., Inc.<br>145 West 58th Street<br>New York, N.Y. 10019 | " | |
| Westchester County Healthcare Corporation<br>100 Woods Road<br>Executive Offices at Taylor Pavilion-C2<br>Valhalla, N.Y. 10595 | " | |

B 6H (Official Form 6H) (12/07)

In re _Swanke Hayden Connell Ltd_    Case No. _15-10009_
            Debtor                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  SWANKE HAYDEN CONNELL, LTD                    Case No.  15-10009  (SCC)
                    Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___ _____          Signature: _____
                                                              Debtor

Date ___ _____          Signature: _____
                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                       (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  PRINCIPAL  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  FEBRUARY 5TH 2015          Signature:  Vivian Seward

                                            VIVIAN SEWARD
                                  [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

In re: _Swanke Hayden Connell Ltd._,        Case No. _15-10009_
              Debtor                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

1.  **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| $13,958.009 | FYE 6/30/14 | Architecture/Interior Design Services |
| $14,081,255 | FYE 6/30/13 | Architecture/Interior Design Services |

B7 (Official Form 7) (04/13)                                                                                 3

None
☐

   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
   to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
   include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
   a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Schedule** | | | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Hankins and Anderson, Inc. vs. Swanke Hayden Connell Ltd. Case No. CL14-366 | Unpaid Services | Commonwealth of Virginia Circuit Court County of Henrico | Pending |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

**5.  Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

B7 (Official Form 7) (04/13)                                                                                          4

**6.   Assignments and receiverships**



a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|



b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.   Gifts**



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                      5

**9.   Payments related to debt counseling or bankruptcy**

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐     consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
      within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Leo Fox, Esq.<br>630 Third Avenue<br>18th Floor<br>New York, NY 10017 | 12/3/14<br>1/6/15 | $13,000.00 – Retainer<br>$4,500.00 – Bankruptcy Filing Fee |

---

**10. Other transfers**

None   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of
   the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of
      this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
      whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
   to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
[X]   closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include
      checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
      held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
      institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
      instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                          6

**12. Safe deposit boxes**

None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
[X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
[ ]

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| United Reprographic Services 48 W. 38th Street New York, NY 10018 | Printers, Plotters for Inplant Reproduction Services | Swanke Hayden Connell Ltd. 100 Broadway New York, New York 10005 |

**15. Prior address of debtor**

None
[ ]

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 295 Lafayette Street New York, NY 10012 | Swanke Hayden Connell Ltd. | February 1995 – June 2013 |

B7 (Official Form 7) (04/13)                                                                         7

**16. Spouses and Former Spouses**

None

☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None

☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                                          8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Design 360 Inc. | 13-4069312 | 100 Broadway NY, NY 10005 | Graphic Design Services | April 1999 to Present (100% owned Subsidiary) |

None
[X]

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
[ ]

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| Robert Strasser | 116 Biltmore Blvd. Masapequa, NY 11758 | 1989-Present |
| Justyna Stec | Not Available | 2013-May 2014 |
| Franklin Lavayen | Not Available | May 2014-Present |

None
[ ]

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Robert Strasser | 116 Biltmore Blvd. Masapequa, NY 11758 | 1989-Present |
| Justyna Stec | Not Available | 2013-May 2014 |

B7 (Official Form 7) (04/13)                                                                              9

None
[ ]    c. List all firms or individuals who at the time of the commencement of this case were in possession of the
       books of account and records of the debtor. If any of the books of account and records are not available, explain.

       NAME                                          ADDRESS
       Robert Strasser                               100 Broadway, New York, NY 10005
       Franklin Lavayen                              100 Broadway, New York, NY 10005

None
[X]    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
       financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

       NAME AND ADDRESS                              DATE ISSUED

---

**20. Inventories**

None
[X]    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
       taking of each inventory, and the dollar amount and basis of each inventory.

       DATE OF INVENTORY          INVENTORY SUPERVISOR        DOLLAR AMOUNT
                                                              OF INVENTORY
                                                              (Specify cost, market or other basis)

None
[X]    b. List the name and address of the person having possession of the records of each of the inventories reported
       in a., above.

       DATE OF INVENTORY                             NAME AND ADDRESSES
                                                     OF CUSTODIAN
                                                     OF INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None
[ ]    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
       partnership.

       NAME AND ADDRESS          NATURE OF INTEREST      PERCENTAGE OF INTEREST

None
[ ]    b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
       directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
       corporation.
                                                     NATURE AND PERCENTAGE
       NAME AND ADDRESS                 TITLE        OF STOCK OWNERSHIP

            See Attached Schedule

B7 (Official Form 7) (04/13)                                                                                    10

**22 . Former partners, officers, directors and shareholders**

None

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Joseph Aliotta | Principal Director Shareholder | October 8, 2014 |
| James Case | Principal Director Shareholder | July 22, 2014 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

   See Attached Schedule

**24. Tax Consolidation Group.**

None

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER-IDENTIFICATION NUMBER (EIN)

   No Pension Fund

   Company has a 401(k) Plan

                              *  *  *  *  *  *

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)

11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor _____

Date _____    Signature of Joint Debtor (if any) _____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **2/5/2015**    Signature _____

Print Name and Title  RICHARD S. HAYDEN , PRESIDENT

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

**Question 3 c.**

| Name and Address of Creditor And Relationship to Debtor | Date of Payment | Amount Paid (A) | Amount Still Owing | |
|---|---|---|---|---|
| George Alexander<br>2701 Park Center Drive, Apt. B305<br>Alexandria, VA 22302<br><br>Officer, Director and Shareholder | Various 2014 | $ 10,384.13 | $70,000.00 | |
| Joseph Aliotta<br>74 Robinson Avenue<br>Staten Island, N.Y. 10312<br><br>Officer, Director and Shareholder | Various 2014 | $ 41,131.28 | $ 33,284.52 | Claim Filed |
| James F. Case<br>13 Braeburn Drive<br>Township of Washington, N.J. 07676<br><br>Officer, Director and Shareholder | Various 2014 | $ 35,334.74 | $ 11,846.16 | Claim filed |
| Julian Seward<br>2 Second Street  Apt.#2105<br>Jersey City, N.J. 07302 | Various 2014 | $129,979.05 | None | |

(A)  All amounts paid or owing represent salaries

| Swanke Hayden Connell Ltd. | Shares as of December 31, 2014 | Ownership % |
|---|---:|---:|
| Stockholders | | |
| Richard S. Hayden | 3649.25 | 67.63% |
| George Alexander | 1198.00 | 22.20% |
| Joe Aliotta | 0.00 | 0.00% |
| Robert Fry | 137.00 | 2.54% |
| Julian Seward | 137.00 | 2.54% |
| Jim Case | 0.00 | 0.00% |
| David Hughes | 275.00 | 5.10% |
| **Total** | **5396** | 100.00% |

(A) Currently Residing in New York under H-1-B Visa

Addresses:

Richard S. Hayden
296 Florida Hill Road
Ridgefield, CT 06877

George G. Alexander
2701 Park Center Drive, Apt. B305
Alexandria, VA 22302

Julian Seward
2  2nd Street, #2105, Jersey City, NJ 07302
Jersy City, NJ 07302

David Hughes
96 Harberton Road
London N19 3JP
United Kingdom

Robert S. Fry
21 Kentish Gardens
Broadwater Down
Turnbridge Wells
Kent TN2 5XU
United Kingdom

**Question 23**

| Name and Address of Creditor And Relationship to Debtor | Date of Payment (A) | Amount Paid |
|---|---|---|
| George Alexander<br>2701 Park Center Drive, Apt. B305<br>Alexandria, VA 22302<br><br>Officer, Director and Shareholder | Various 2014 | $ 10,384.13 |
| Joseph Aliotta<br>74 Robinson Avenue<br>Staten Island, N.Y. 10312<br><br>Officer, Director and Shareholder | Various 2014 | $ 41,131.28 |
| James F. Case<br>13 Braeburn Drive<br>Township of Washington, N.J. 07676<br><br>Officer, Director and Shareholder | Various 2014 | $ 35,334.74 |
| Julian Seward<br>2 Second Street   Apt.#2105<br>Jersey City, N.J. 07302 | Various 2014 | $129,979.05 |

(A)  All amounts paid  represent salaries

B7 (Official Form 7) (04/13)                                                                                         11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date _____         Signature of Debtor _____


Date _____         Signature of Joint Debtor  (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date _____         Signature _____


                                 Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


___continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.


_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*


_____
Address


_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*