Platzer, Swergold, Levine,
  Goldberg, Katz & Jaslow, LLP
*Attorneys for Official Committee of Unsecured Creditors*
475 Park Avenue South, 18th Floor
New York, New York 10016
(212) 593-3000
Henry G. Swergold
Andrew S. Muller

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SWANKE HAYDEN CONNELL LTD., | Case No. 15-10009 (SCC) |
| DESIGN 360 INC., | Case No. 15-10010 (SCC) |
| SWANKE HAYDEN CONNELL & PARTNERS LLP, | Case No. 15-10011 (SCC) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for the Official Committee of Unsecured Creditors (the "Committee"), and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

> Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP
> Counsel for Official Committee of Unsecured Creditors
> 475 Park Avenue South, 18th Floor
> New York, New York 10016
> Attn:   Henry G. Swergold, Esq.
> Andrew S. Muller, Esq.
> Tel.: (212) 593-3000
> Fax: (212) 593-0353
> hswergold@platzerlaw.com
> amuller@platzerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation,

2

orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise.

Dated: New York, New York
February 10, 2015

        Platzer, Swergold, Levine,
        Goldberg, Katz & Jaslow, LLP
        *Attorneys for Official Committee of*
        *Unsecured Creditors*

        By: */s/ Henry G. Swergold*
        Henry G. Swergold
        Andrew S. Muller
        475 Park Avenue South, 18th Fl.
        New York, New York 10016
        Tel.: (212) 593-3000
        Fax: (212) 593-0353
        hswergold@platzerlaw.com
        amuller@platzerlaw.com