# EXHIBIT "A"

## Swanke Open Invoices

### Swanke NYP Invoices

| Invoice # | Date | Amount | Swanke Project # | Description | NYP Project # | NYP PO # | Paid? | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| **Project Related Invoices with PO references** | | | | | | | | | |
| 337108 | 6/11/2012 | $153.00 | 06940.A0 | NYP Pediatric Cardiac Cath Lab | 12497 | 89967427 | No | | |
| 337227 | 6/30/2012 | $451.55 | 06940.A0 | NYP Pediatric Cardiac Cath Lab | 12497 | 89967427 | No | | |
| 339634-1 | 4/30/2014 | $450.00 | 07003.A0 | NYP - Allen OR#5 | 12704 | 89971303 | Yes | 7/28/2014 | 1356879 |
| 340144-1 | 9/30/2014 | $1,350.00 | 07003.A0 | NYP - Allen OR # 5 | 12704 | 89971303 | No | | |
| 340219-1 | 11/26/2014 | $1,125.00 | 07003.A0 | NYP - Allen OR#5 | 12704 | 89971303 | No | | |
| 339634-3 | 4/30/2014 | $1,206.37 | 07003.A0 | NYP - Allen - Courtyard Building/Program Build Out | 12732 | 89971313 | No | | |
| 340144-3 | 9/30/2014 | $4,312.60 | 07003.A0 | NYP - Allen - Courtyard Building/Program Build Out | 12732 | 89971313 | No | | |
| 340219-3 | 11/26/2014 | $4,414.71 | 07003.A0 | NYP - Allen - Courtyard Building/Program Build Out | 12732 | 89971313 | No | | |
| 339634-2 | 4/30/2014 | $500.00 | 07003.A0 | NYP- Allen Endoscopy Suite | 12733 | 89971314 | Yes | 7/28/2014 | 1356879 |
| 339970 | 11/21/2014 | $10,870.50 | 07003.A0 | NYP - Allen Hospital Infill / OR #5 / Endoscopy | 12704 / 12732 / 12733 | | No | | |
| 340149 | 9/30/2014 | $12,000.00 | 07003.M0 | NYP MEP/FP Spec Update to NYP Standard | 12733 | 89971314 | No | | |
| 340150 | 9/30/2014 | $5,000.00 | 07003.H0 | NYPH-CD Plan revision per survey | 12733 | 89971314 | No | | |
| 340144-2 | 9/30/2014 | $1,500.00 | 07003.A0 | NYP - Allen Endoscopy Suite | 12733 | 89971314 | Yes | 12/22/2014 | 1396733 |
| 340219-2 | 11/26/2014 | $1,250.00 | 07003.A0 | NYP- Allen Endoscopy Suite | 12733 | 89971314 | No | | |
| 339953 | 10/29/2014 | $2,175.78 | 07079.A0 | NYP-HIP 13 Fl Endosc Scope Clean Ste | 12189 | 89975885 | Yes | 1/26/2015 | 1405300 |
| 340218 | 11/26/2014 | $2,049.00 | 07079.A0 | NYP - HIP 13 Endoscopy Cleaning suite | 12189 | 89975885 | No | | |
| 82914 | 8/25/2014 | $123,894.78 | 07035.A0 | NYP - 20 Beds & Nursing Unit | 13059 | 89977844 | No | | |
| 102914 | 10/29/2014 | $18,501.75 | 07035.A0 | NYP - 20 Beds & Nursing Unit | 13059 | 89977844 | No | | |
| 338987 | 10/31/2013 | $1,252.88 | 07035.A0 | NYP - 20 Beds & Nursing Unit | | | No | | |
| 339071 | 11/30/2013 | $513.15 | 07035.A0 | LMH 20 Single Beds & Nursing Unit 4th Fl | | | No | | |
| 339614 | 4/30/2014 | $2,022.50 | 07035.A0 | LMH 20 Single Beds & Nursing Unit 4th Fl | | | No | | |
| 339514 | 4/16/2014 | $3,468.00 | 07035.G0 | LMH 4th Fl Interior Finish Revisions | 13059 | | No | | |
| 339945 | 10/29/2014 | $237.00 | 07035.P0 | NYP-LMH Open Applications | 13095 | 89980930 | No | | |
| 340193 | 12/4/2014 | $6,400.00 | 07035.P0 | Open Applications | 13095 | 89980930 | No | | |
| 339074 | 11/30/2013 | $6,079.25 | 07084.A0 | NYP-LMH Certificate of Occupancy Close-Out | | | No | | |
| 338996 | 11/18/2013 | $2,287.00 | 07084.A0 | NYP - LMH Certificate of Occup. Close Out | | | No | | |
| 339230 | 12/31/2013 | $51.05 | 07084.A0 | NYP-LMH Certificate of Occupancy Close-Out | 13095 | 89980930 | No | | |
| 339287 | 1/31/2014 | $1,096.20 | 07084.A0 | NYP-LMH Certificate of Occupancy Close-Out | 13095 | 89980930 | No | | |
| 339368 | 2/28/2014 | $200.00 | 07084.A0 | NYP-LMH Certificate of Occupancy Close-Out | 13095 | 89980930 | Yes | 1/26/2015 | 1405300 |
| 339508 | 4/15/2014 | $69,990.01 | 07035.D0 | LMH Infusion | 13096 | 89978220 | No | | |
| | | **$284,802.08** | | | | | | | |

**Invoices without PO references, unclear if project related**

| Invoice # | Date | Amount | Swanke Project # | Description |
|---|---|---|---|---|
| 339801 | 5/15/2013 | $40,500.00 | 07035.L0 | LMH change 21 beds to 20 beds NU 4th Floor |
| 338384 | 5/21/2013 | $12,472.50 | 07036.A0 | NYP - NYDH- Pediatric Ed |
| 338481 | 6/11/2013 | $81.65 | 07043.A0 | NYP - NYDH- Master Plan Dwg's and Survey |
| 338675 | 8/14/2013 | $68.85 | 07043.A0 | NYP - Master Plan Dwg's and Survey |
| 338674 | 8/14/2013 | $82.50 | 07046.A0 | NYP - OR'S Master Plan |
| 338655 | 8/13/2013 | $4,200.00 | 07035.B0 | NYP - Hot Water Tempering Valves |
| 338759 | 9/10/2013 | $1,135.00 | 07035.B0 | NYP - Hot Water Tempering Valves |
| 338925 | 10/30/2013 | $303.10 | 07035.B0 | NYP - Hot Water Tempering Valves |
| 338991 | 11/18/2013 | $716.00 | 07044.A0 | NYP - 4th Floor Wings A & B Window Replace |
| 339072 | 11/30/2013 | $358.00 | 07044.A0 | 4th Fl Wings A&B Window Replacement |
| 339073 | 11/30/2013 | $800.00 | 07044.B0 | NYDH-4 Fl Wings A&B Window Repl-Municipal |
| 339079 | 11/30/2013 | $281.25 | 07035.C0 | NYP-LMH Wing D Roof Replacement |
| 339080 | 11/30/2013 | $4,500.00 | 07044.D0 | NYP-LMH Window Renderings |
| 339082 | 11/30/2013 | $1,000.00 | 07035.E0 | NYP LMH Add'l Meetings |
| 339084 | 11/30/2013 | $300.00 | 07044.C0 | Windows Add Service (LMH) |
| 339617 | 5/14/2014 | $30.50 | 07044.C0 | NYP LMH Windows Add Service |
| 339626 | 4/30/2014 | $1,000.00 | 07003.L0 | NYP Allen Public Corridor Interior Re-Design |
| | | **$67,829.35** | | |

### Cornell Invoices

These invoices do not belong to NYP. Swanke contracted directly with the Weill Cornell Medical School

| Invoice # | Amount | Swanke Project # | Description | NYP Project # | NYP PO # | Paid? |
|---|---|---|---|---|---|---|
| 340217 | $1,987.50 | | | | | |
| 340146 | $10,694.90 | | | | | |
| 340148 | $0.00 | | | | | |
| 340014 | $167.75 | | | | | |
| 340013 | $11,238.25 | | | | | |
| 339904 | $10,965.93 | | | | | |
| 339905 | $177.20 | | | | | |
| 339951 | $2,497.50 | | | | | |
| | **$37,729.03** | | | | | |

Total all Invoices   $390,360.46